No. 1302.  FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* PERALES.  C. A. 5th Cir.  [Certiorari granted, 397 U. S. 1035.]  Motion of respondent for the appointment of counsel granted.  It is ordered that *Richard Tinsman, Esquire,* of San Antonio, Texas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 1389.  MAYBERRY *v.* PENNSYLVANIA.  Sup. Ct. Pa. [Certiorari granted, 397 U. S. 1020.]  Order of this Court dated April 27, 1970, [see 397 U. S. 1060, Reporter's Note] appointing *Ralph S. Spritzer, Esquire,* as counsel for petitioner in this case is hereby revoked.  It is ordered that *Curtis R. Reitz, Esquire,* of Philadelphia, Pennsylvania, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 912, Misc.  BROOKE *v.* FOLEY, CHIEF JUDGE, U. S. DISTRICT COURT;

No. 1782, Misc.  DANIELS *v.* CHAMBERS, U. S. CIRCUIT JUDGE, ET AL.; and

No. 1869, Misc.  SMITH *v.* SUPREME COURT OF OHIO ET AL.  Motions for leave to file petitions for writs of mandamus denied.

No. 1905, Misc.  O'BRYAN *v.* BATTISTI, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 1370.  COATES ET AL. *v.* CITY OF CINCINNATI. Appeal from Sup. Ct. Ohio.  Probable jurisdiction noted.